# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **MEMORANDUM DECISION AND ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |
| Plaintiff, | |
| v. | |
| | **Case No. 2:13CR168DAK** |
| **HANNES ROBINSON,** | |
| Defendant. | **Judge Dale A. Kimball** |

This matter is before the court on Defendant Hannes Robinson's Pro Se Motion for Early Termination of Supervised Release. On July 14, 2010, Defendant was sentenced in the Southern District of Georgia to 24 months incarceration with the United States Bureau of Prisons followed by a 36-month term of supervised release. On June 22, 2012, Defendant was released from custody and began serving his term of supervised release. His supervised release was transferred to this District on March 14, 2013. Defendant's term of supervised release is scheduled to terminate June 22, 2015.

Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be

considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any policy statements issued by the Sentencing Commission, and the need for the sentence imposed to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services. *See* 18 U.S.C. § 3553(a).

Defendant has served more than two-thirds of his supervised release term. The court has contacted Defendant's probation officer and has learned that he supports early termination in this case. Defendant has complied with all the terms of his supervised release. Defendant seeks early termination so that he can pursue an employment opportunity in California. His probation officer stated that Defendant is fully ready to move on to that new phase of his life. The court believes that Defendant's conduct on supervised release demonstrates that he has turned his life around. Accordingly, the court finds that an early termination of supervised release is warranted. Therefore, the court grants Defendant's motion for early termination of supervised release.

DATED this 17th day of July, 2014.

BY THE COURT:

DALE A. KIMBALL
United States District Judge